Daniel C. Girard (State Bar No. 114826)
  dcg@girardgibbs.com
Jordan Elias (State Bar No. 228731)
  je@girardgibbs.com
Linh G. Vuong (State Bar No. 286837)
  lgv@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff
GREGORY JOHNSON

Eric J. Knapp, SBN 214352
  eric.knapp@squirepb.com
Robert J. Nolan, SBN 235738
  robert.nolan@squirepb.com
Aengus H. Carr, SBN 240953
  aengus.carr@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932

Attorneys for Defendant
The Procter & Gamble Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE CO.,<br><br>Defendant. | Case No. 3:16-cv-02302<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)**<br><br>Judge:    Honorable Phyllis J. Hamilton<br><br>Complaint filed: April 27, 2016 |

SQUIRE PATTON BOGGS (US) LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF682391-1                                                                     Case No. 3:16-cv-02302
JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)

Plaintiff Gregory Johnson ("Plaintiff") and Defendant The Procter & Gamble Co. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Plaintiff's claims in this action without prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1) Plaintiff's claims against Defendant in this action shall be dismissed without prejudice;

2) The Parties agree this dismissal does not prejudice Plaintiff's right to refile in the United States District Court for the Southern District of Ohio;

3) The Parties further agree that this dismissal does not waive Defendant's right to seek intra-district reassignment in that jurisdiction should Plaintiff refile his complaint there; and

3) Each party shall bear its own costs.

IT IS SO STIPULATED.

Dated:  June 15, 2016         Respectfully submitted,

**GIRARD GIBBS LLP**

By        /s/ *Daniel C. Girard*
_____
DANIEL C. GIRARD
Attorneys for Plaintiff
GREGORY JOHNSON

Dated:  June 15, 2016         **SQUIRE PATTON BOGGS (US) LLP**

By        /s/ *Eric J. Knapp*
_____
ERIC J. KNAPP
Attorneys for Defendant
THE PROCTER & GAMBLE CO.

Pursuant to Local Rule 5-1(i)(3), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  June 16, 2016

_____
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

SQUIRE PATTON BOGGS (US) LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF682391-1           -2-           Case No. 3:16-cv-02302
JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)